UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZE DAWSON,<br><br>               Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 16-01620-DMG (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      IT IS ORDERED that the decision of the Commissioner is reversed and the matter is remanded for further administrative action.

DATED: January 4, 2018

                                                    
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE