IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ROZE DAWSON, | ) Case No. 5:16-cv-01620-DMG-RAO |
| Plaintiff, | ) |
| | ) **~~PROPOSED~~ ORDER** |
| v. | ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the parties' joint stipulation for fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq.*, IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $6,400.00 in EAJA fees. This amount is payable to Plaintiff, not directly to her counsel. Payment will be mailed to Plaintiff's attorney at his office: David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED May 2, 2018.

BY THE COURT:

*[signature: Rozella A. Oliver]*

**Honorable Rozella A. Oliver**
United States Magistrate Judge